Jeremy T. Bergstrom, Esq.                                                      E-filed on July 21, 2009
Attorney Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 09-93436

Attorneys for Secured Creditor
BAC HOME LOANS SERVICING, L.P. fka COUNTRYWIDE HOME LOANS SERVICING, L.P.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re, | BK No.: BK-S-09-21253-LBR |
| EDUARDO CASTRO, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, L.P. fka COUNTRYWIDE HOME LOANS SERVICING, L.P., requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

    Jeremy T. Bergstrom, Esq.
    MILES, BAUER, BERGSTROM & WINTERS, LLP
    2200 Paseo Verde Pkwy., Suite 250
    Henderson, NV 89052
    PH (702) 369-5960

                                    MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:   July 20, 2009          By:   /s/ Jeremy T. Bergstrom, Esq.
                                      Jeremy T. Bergstrom, Esq.
                                      Attorney for Secured Creditor

1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on  July 21, 2009 , a copy of the

**Request for Special Notice** was mailed to all interested parties in this proceeding by placing a

true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United

States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Jorge L. Sanchez
Sanchez Law Group
930 S. Fourth Street #211
Las Vegas, NV 89101

CHAPTER 13 TRUSTEE:
Kathleen A. Leavitt
201 Las Vegas Blvd. South, Suite 200
Las Vegas, NV  89101

   I declare under penalty of perjury under the laws of the State of Nevada that the

foregoing is true and correct.

                               /s/ Michelle L. Benson
                               An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-93436/rfsnlv.dot/mlb)**